# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Khalifa J. A. MUHAMMAD | ) | Case No. |
| | ) | 2:25-MJ-135 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   December 20, 2024   in the county of   Lake   in the
  Northern   District of   Indiana  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 26 USC Section 5861(d) | Knowingly possess a firearm not registered in the National Firearms Registration and Transfer Record |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO Douglas Drummond, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   7/23/2025                           s/Abizer Zanzi
                                            *Judge's signature*

City and state:   Hammond, IN              Hon. Abizer Zanzi, US Magistrate Judge
                                            *Printed name and title*

## AFFIDAVIT IN SUPPORT OF FEDERAL COMPLAINT

I, Douglas Drummond, being duly sworn, depose and state:

1. I am a Detective Sergeant with the Gary Police Department and have been employed with that agency since August 2005. I am currently assigned to the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") Merrillville Field Office as a Task Force Officer ("TFO") with the High Intensity Drug Trafficking Area ("HIDTA"). I have been a law enforcement officer for approximately 20 years. I received a bachelor's degree in criminal justice at Calumet College of St. Joseph in Whiting, Indiana, in May 2003.

2. As part of my regular duties as a TFO, I investigate criminal violations of federal firearms laws, including Title 18, United States Code, Sections 922 and 924, as well as federal narcotics laws, including Title 21, United States Code, Sections 841(a)(1) and 846. During my time as an ATF TFO, I have participated in multiple operations focusing on the investigation of violent crime and narcotics trafficking. I have been involved in various forms of electronic surveillance and in the debriefing of defendants, informants, and witnesses, as well as others who have knowledge of the distribution, transportation, storage, and importation of firearms and controlled substances.

3. The information contained in this affidavit is based upon my firsthand knowledge and the information provided to me by other law

enforcement officers and witnesses. This affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint and therefore contains only a summary of the relevant facts. I have not included every fact known to me concerning this investigation.

4. Based on the information contained within this affidavit, I submit that the facts contained herein are sufficient to establish probable cause to believe that Khalifa J. A. MUHAMMAD did knowingly possess a firearm not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d), in the Northern District of Indiana, on or about December 20, 2024.

## SUMMARY OF PROBABLE CAUSE

5. On December 20, 2024, investigators with the Gary Police Department executed a warrant to search the residence of Khalifa J. A. MUHAMMAD, located at 541 Hovey Street in Gary, Indiana, within the Northern District of Indiana. A detective subsequently conducted a post-*Miranda* interview of MUHAMMAD, during which MUHAMMAD identified a shotgun, normally kept by his front door, located inside a brick oven / barbecue in the backyard of the residence. MUHAMMAD then signed a written consent authorizing investigators to return to that residence and retrieve the shotgun from that brick oven / barbecue. The officers found a blue spray painted "sawed

2

off" Springfield model 67H shotgun with duct tape on the handle, bearing serial number A422195. The shotgun had a barrel length of 12.5 inches and an overall length of 23 inches. The barrel length was readily observable to be under 18 inches, and the overall length of the shotgun was readily observable to be under 26 inches.



6.    On July 22, 2025, accompanied by other investigators, I located MUHAMMAD in Fort Worth, Texas, and conducted another post-*Miranda* interview of him. MUHAMMAD admitted that he handled the sawed-off shotgun and made statements reflecting knowledge that the shotgun had a modified barrel and handle. MUHAMMAD admitted that he kept the shotgun for protection inside his living room, behind the front door. MUHAMMAD

admitted that he placed the shotgun inside a brick fireplace outside in his backyard.

7.    Federal law prohibits knowing possession of a "firearm" not registered to the possessor in the National Firearms Registration and Transfer Record. 26 U.S.C. § 5861(d). "Firearm" is defined to include "a weapon made from a shotgun if such weapon as modified has an overall length of less than 26 inches or a barrel or barrels of less than 18 inches in length." 26 U.S.C. § 5845(a)(2). In reviewing the National Firearms Registration and Transfer Record, I found no record indicating that the shotgun in question was registered to MUHAMMAD.

## CONCLUSION

8. Based on the information contained within this affidavit, I submit that the facts contained herein are sufficient to establish probable cause to believe that Khalifa J. A. MUHAMMAD did knowingly possess a firearm not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d), in the Northern District of Indiana, on or about December 20, 2024.

FURTHER AFFIANT SAYETH NOT.

_____
Douglas Drummond
Task Force Officer
Bureau of Alcohol, Tobacco,
Firearms & Explosives

This affidavit and accompanying complaint have been transmitted to me electronically and the affiant has verbally attested to the truth and accuracy of the contents via telephone this 23rd day of July, 2025.

_____
s/Abizer Zanzi
HONORABLE ABIZER ZANZI
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF INDIANA